IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DAHMIERE MOODY, | § | |
| | § | No. 65, 2023 |
| Defendant Below, | § | |
| Appellant, | § | Court Below–Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 1806002279 (N) |
| STATE OF DELAWARE, | § | |
| | § | |
| Appellee. | § | |

Submitted: September 8, 2023
Decided: September 12, 2023

## ORDER

It appears to the Court that, on August 4, 2023, the Chief Deputy Clerk sent a notice of brief delinquency to the appellant because he had not filed an opening brief by the August 1, 2023 deadline set by the Court. On September 6, 2023, the Chief Deputy Clerk issued a notice, sent by certified mail to the appellant's last known address, directing the appellant to show cause why this appeal should not be dismissed for his failure to file an opening brief. The notice was returned as undeliverable and unable to be forwarded on August 8, 2023. The appellant has not provided updated contact information to either this Court or the Department of Correction. Under the circumstances, dismissal of this appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice